<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7833**

———————

PRINCE ADESEGUN FADAYIRO,

                                     Petitioner - Appellant,

     versus

WILLIE SCOTT, Warden; JOHN ASHCROFT, Attorney
General, United States Department of Justice,

                                  Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-02-651-5-HC-BO)

———————

Submitted: March 20, 2003        Decided: March 25, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Prince Adesegun Fadayiro, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Prince Adesegun Fadayiro, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fadayiro v. Scott, No. CA-02-651-5-HC-BO (E.D.N.C. Sept. 13, 2002; filed Oct. 8, 2002 & entered Oct. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED